UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO VERA,<br><br>         Petitioner,<br><br>    v.<br><br>CONNIE GIPSON,<br><br>         Respondent. | Case No. 1:13-cv-00814-AWI-SKO-HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 18)<br><br>ORDER DENYING PETITIONER'S MOTION FOR ENTRY OF JUDGMENT (DOC. 16) |

　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

　　　On November 20, 2013, the Magistrate Judge filed findings and recommendations to deny Petitioner's motion for entry of judgment without prejudice.  The findings and recommendations were served on all parties on the same date.  The findings and recommendations advised the parties that objections could be filed within thirty days and replies within fourteen days after the filing of objections.  On May 5, 2014, Petitioner filed objections.  Although

1

the fourteen-day period for the filing of a reply has passed, no reply has been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of the case. The Court has considered the entire file and has considered the objections; the undersigned has determined there is no need to modify the findings and recommendations based on the points raised in the objections. The Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1) The findings and recommendations filed on November 20, 2013, are ADOPTED in full; and

2) Petitioner's motion for entry of judgment is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   July 30, 2014

SENIOR DISTRICT JUDGE